People of State of Illinois, Defendant in Error, v. Herman Mueller, Plaintiff in Error.

Gen. No. 43,060.

opinion filed September 11, 1944; rehearing denied September 25, 1944. Ray E. Lane, of Chicago, for plaintiff in error; Thomas J. Courtney, State's attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant state's attorneys, of counsel. Opinion by JUSTICE O'CONNOR. Not to be published in full.